IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Eastern Division

| | |
|---|---|
| ROBERT S. ABRAMS and A. ENTERPRISES, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>THOMAS STRUENGMANN, ATHOS SERVICE GmbH, YVES STEFFEN, ANDREAS BIAGOSCH, PATIRO HOLDING AG, SANTO HOLDING AG, and FICTITIOUS DEFENDANTS R-Z<br><br>*Defendants*. | Civil No.<br><br>ON REMOVAL FROM THE CIRCUIT COURT OF LEE COUNTY, ALABAMA, CASE NO. CV-2024-184 |

**DECLARATION OF ROBERT T. SMITH**

I, Robert T. Smith, hereby declare, in accordance with 28 U.S.C. § 1746, as follows:

1. I am a Partner at the law firm of Katten Muchin Rosenman LLP and counsel for Defendants Patiro Holding AG and Santo Holding AG. I submit this Declaration in support of Defendants Patiro Holding AG and Santo Holding AG's Notice of Removal (the "Notice of Removal").

2. On or around June 24, 2024, a copy of the Complaint in the above-captioned action and Summons were mailed to the Central Authority of the Federal State of Bayern, Germany, for service on Thomas Strüngmann, as allowed by the Hague Convention. *See* Notice of Removal Exh. 2 at 28-29. To the best of my knowledge, Mr. Strüngmann has not yet been served with the Complaint.

3. On or around July 9, 2024, a copy of the Complaint in the above-captioned action and Summons were mailed to the Department federal de Justice et Police in Switzerland, to be

forwarded to the appropriate Central Authority in Switzerland for service on Defendant Patiro Holding AG, as allowed by the Hague Convention. *See* Notice of Removal Exh. 2 at 41. According to the Confirmation of Receipt attached hereto as Exhibit A, service was accomplished on August 2, 2024.

4. On or around July 9, 2024, a copy of the Complaint in the above-captioned action and Summons were mailed to the Department federal de Justice et Police in Switzerland, to be forwarded to the appropriate Central Authority in Switzerland for service on Defendant Santo Holding AG, as allowed by the Hague Convention. *See* Notice of Removal Exh. 2 at 55. According to the Confirmation of Receipt attached hereto as Exhibit B, service was accomplished on August 2, 2024.

5. On or around July 9, 2024, a copy of the Complaint in the above-captioned action and Summons were mailed to the Department federal de Justice et Police in Switzerland, to be forwarded to the appropriate Central Authority in Switzerland for service on Defendant Yves Steffen. *See* Notice of Removal Exh. 2 at 47-48. The Complaint and Summons were returned on or around July 29, 2024, for Non-Service. *See* Notice of Removal Exh. 2 at 62. Thus, Defendant Steffen has not yet been successfully served.

6. To the best of my knowledge, Defendants Athos Service GmbH and Andreas Biagosch have not yet been served with the Complaint, and there are no filings in the State Court Action (as defined in the Notice of Removal) suggesting service has been attempted.

7. Counsel for Defendants Patiro Holding AG and Santo Holding AG contacted counsel for Plaintiffs on the morning of August 29, 2024 in order to confirm the members of A. Enterprises, LLC ("A. Enterprises"). Counsel for Plaintiffs stated that he believed Robert S. Abrams was the sole member of A. Enterprises and reiterated that belief, but he planned to provide

confirmation to counsel for Defendants. As of the filing of the Notice of Removal, Plaintiffs' counsel had not yet provided that confirmation.

8. In a further effort to determine the members of A. Enterprises, counsel for Defendants reviewed publicly available information on the Secretary of State websites for both Alabama and Delaware. The information available on the Alabama Secretary of State's website regarding A. Enterprises, LLC is attached hereto as Exhibit C. The Application for Registration of a Foreign Limited Liability Company (LLC) included therein indicates that Robert S. Abrams is the Manager of A. Enterprises, LLC, but provides no information on its members. *See* Exh. C at 4. The information available on the Delaware Secretary of State's website regarding A. Enterprises, LLC is attached hereto as Exhibit D. No information on the members of A. Enterprises, LLC is provided therein.

9. That said, in connection with the Chapter 11 cases referenced in the Complaint, *In re SiO2 Medical Products, Inc. et al.*, Case No. 23-10366 (JTD) (Bankr. D. Del.), Plaintiff Robert S. Abrams filed a *Declaration in Support of a Motion for Entry of an Order Directing the Appointment of an Examiner*. *See* Exhibit E, attached hereto. As stated therein, Robert S. Abrams "control[s] A. Enterprises, LLC." *Id*. ¶ 4.

10. Thus, based on the information available to counsel for Defendants, Robert S. Abrams appears to be the sole member of A. Enterprises, LLC. Counsel for Defendants intend to issue Interrogatories to Plaintiffs regarding the identifies and domiciles of the members of A. Enterprises as soon as permissible under Federal Rule of Civil Procedure 26(d)—unless that information is provided via Plaintiff's Rule 7.1 Disclosure Statement prior to the commencement of discovery.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2024                    */s/ Robert T. Smith*
                                          Robert T. Smith
                                          Katten Muchin Rosenman LLP
                                          1919 Pennsylvania Ave NW, Suite 800
                                          Washington, D.C. 20006