## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| ROBERT S. ABRAMS, and<br>A. ENTERPRISES, LLC, | )<br>)<br>) |
|     **Plaintiffs,** | )<br>) |
|   v. | )<br>) |
| THOMAS STRUENGMANN,<br>ATHOS SERVICE GmbH, YVES<br>STEFFEN, ANDREAS BIAGOSC,<br>PATIRO HOLDING AG, SANTO<br>HOLDING AG, and FICTICIOUS<br>DEFENDANTS R-Z, | )<br>)<br>)<br>)<br>)<br>)<br>)    **Case No.: 3:24-cv-00554** |
|     **Defendants.** | )<br>) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendants Patiro Holding AG ("Patiro Holding") and Santo Holding AG ("Santo Holding"), through the undersigned counsel of record, respectfully moves this Honorable Court for an order admitting Ally Jordan to appear *pro hac vice* as an additional counsel of record for Defendants Patiro Holding and Santo Holding in the above-captioned case.  In support of the motion, the undersigned represents as follows:

1. Ally Jordan is an attorney with the law firm of Katten Muchin Rosenman LLP, 1919 Pennsylvania Ave., N.W., Suite 800, Washington, DC 20006;

Telephone: (202) 625-3762; Fax: (202) 298-7570; Email: ally.jordan@katten.com.

2. Ally Jordan is licensed to practice and is a member in good standing of the State Bars of Connecticut and the District of Columbia.

3. Ally Jordan is admitted in and is duly authorized to practice before the U.S. District Court for the District of Columbia.

4. In support of this motion, please find the Declaration of Ally Jordan attached as **Exhibit A** and Ms. Jordan's Certificate of Good Standing from the U.S. District Court for the District of Columbia attached as **Exhibit B**.

5. The undersigned counsel will serve as local counsel for Defendants Patiro Holding and Santo Holding. The prescribed admission fee is being delivered to the Clerk of Court.

WHEREFORE, the undersigned respectfully requests that the Court enter an order admitting Ally Jordan *pro hac vice* as counsel for Defendants Patiro Holding and Santo Holding.

Respectfully submitted on this the 29th day of August, 2024.

*/s/ Peter Fruin*
Peter Fruin
Meredith S. Taylor
MAYNARD NEXSEN PC
1901 6th Avenue N. Suite 1700
Birmingham, AL 35203
t. (205) 254-1000
f. (205) 254-1999

pfruin@maynardnexsen.com
mtaylor@maynardnexsen.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons via email, facsimile, and/or by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this the 29th day of August, 2024.

Joseph L. Dean, Jr.
DEAN & BARRETT
P.O. Box 231
Opelika, AL 36803-0231
joe@deanandbarrett.com

*/s/ Peter Fruin* _____
Peter Fruin