IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT S. ABRAMS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL CASE NO. 3:24-cv-554-ECM |
| ) | |
| THOMAS STRUENGMANN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

This cause is before the Court on Plaintiff A. Enterprises, LLC's ("A. Enterprises") conflict disclosure statement (doc. 21), filed on September 9, 2024.

The disclosure statement filed by A. Enterprises (doc. 21) is deficient in two respects. First, it does not identify the members of the limited liability company. A. Enterprises states that it is owned by Robert S. Abrams and Nancy Dreier. (*Id.*). However, ownership and membership of a limited liability company "are not always interchangeable." *See Post v. Biomet, Inc.*, 2020 WL 2766210, at *1 (M.D. Fla. May 28, 2020) (making this observation in analyzing whether a complaint sufficiently alleged the parties' citizenship for purposes of diversity jurisdiction). Membership is critical for determining potential financial or professional conflicts for a judge.

Second, the disclosure statement does not "identify the citizenship of . . . every individual or entity whose citizenship is attributed to [A. Enterprises]." *See* FED. R. CIV. P. 7.1(a)(2). Federal Rule of Civil Procedure 7.1 requires all parties in diversity cases to file a "disclosure statement" that "name[s]—and identif[ies] the citizenship of—every

individual or entity whose citizenship is attributed to that party."  FED. R. CIV. P. 7.1(a)(2). Accordingly, for good cause, it is

ORDERED that **on or before September 17, 2024**, A. Enterprises shall file an amended conflict disclosure statement that complies with Federal Rule of Civil Procedure 7.1 and the Orders of this Court.

DONE this 10th day of September, 2024.

                                          /s/ Emily C. Marks  
                                    EMILY C. MARKS  
                                    CHIEF UNITED STATES DISTRICT JUDGE