IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT S. ABRAMS and <br> A. ENTERPRISES, LLC, <br><br> PLAINTIFF, <br><br> v. <br><br> THOMAS STRUNGMANN et al., <br><br> DEFENDANTS, | ) <br> ) <br> ) <br> ) <br> ) <br> )   CASE NO.: 3:24-cv-00554-ECM-JTA <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF DISMISSAL BY THE PLAINTIFFS

COME NOW the Plaintiffs, by and through their undersigned attorney, and pursuant to FRCP 41(a)(1)(A)(i) and FRCP 41(a)(1)(B) and give notice of their voluntary dismissal without prejudice of this action before the opposing parties have served an Answer or a Motion for Summary Judgment. To remove any doubt it is the Plaintiffs' intention that the dismissal be without prejudice. The Plaintiffs intend to dismiss all claims against all Defendants.

/s/ Joseph L. Dean, Jr.
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Joseph L. Dean, Jr., do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e. U.S. Mail, electronic mail, etc.) on this 20th day of September, 2024, to:

Peter Fruin, Counsel for Defendants, pfruin@MaynardNexsen.com

Robert T. Smith, Counsel for Defendants, Robert.Smith1@katten.com

Stephen Rochester, Counsel for Defendants, Shaya.rochester@katten.com

Steven J. Reisman, Counsel for Defendants, Sreisman@katten.com

Julia B. Mosse, Counsel for Defendants, Julia.mosse@katten.com

Ally Jordan, Counsel for Defendants, Ally.jordan@katten.com

Meredith S. Taylor, Counsel for Defendants, Mtaylor@MaynardNexsen.com

/s/ Joseph L. Dean, Jr.
Signature