IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT S. ABRAMS, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL CASE NO. 3:24-cv-554-ECM |
| | ) |
| THOMAS STRUENGMANN, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**O R D E R**

Upon review of the Plaintiffs' Notice of Voluntary Dismissal (doc. 34) which comports with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action has been DISMISSED WITHOUT PREJUDICE by operation of Rule 41. It is further

ORDERED that all pending motions are denied as moot, and all deadlines are terminated.

The Clerk of the Court is DIRECTED to close this case.

DONE this 20th day of September, 2024.

                         /s/ Emily C. Marks
                         EMILY C. MARKS
                         CHIEF UNITED STATES DISTRICT JUDGE